UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,                                      CRIMINAL NO. 08-20289

v.                                            HONORABLE GEORGE CARAM STEEH

D-1   DAVID ERIKE MACLLOYD, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING THE PRESERVATION OF EVIDENCE

The Court having reviewed the government's request for an Order Requiring the Preservation of Evidence, and based upon the facts set forth in the supporting combined Motion and Brief;

**IT IS HEREBY ORDERED**, pursuant to the All Writs Act, 28 U.S.C. §1651(a), that the evidence in this case currently being held by the DEA-Arizona, consisting of cocaine and drug-related items, be preserved for one year from the date of this Order.

                                         **IT IS SO ORDERED.**

                                         s/George Caram Steeh
                                         HONORABLE GEORGE CARAM STEEH
                                         United States District Judge

                                         Entered:  November 13, 2008